Case 2:23-cv-00314   Document 37   Filed on 04/21/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GWENDOLYN L. HOLLAND, | § § § § § § § § § | |
| Plaintiff, | | |
| V. | | CIVIL ACTION NO. 2:23-CV-00314 |
| DENIS RICHARD MCDONOUGH, *et al.*, | | |
| Defendants. | | |

### FINAL JUDGMENT

Pursuant to the Court's order granting Defendants' motion for summary judgment, (D.E. 36), the Court enters final judgment dismissing with prejudice all claims against Defendant in this cause. FED. R. CIV. P. 58. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
April 21st, 2025